No. 95–5974. VINCENT v. C & P TELEPHONE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5975. DeMAURO v. COLDWELL BANKER & CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5977. FRANKLIN v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–5979. GRAHAM v. BAYH, GOVERNOR OF INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5980. FLORES v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 95–5982. HUNTER v. CITIBANK, N. A. C. A. 2d Cir. Certiorari denied.

No. 95–5985. SEAGLE v. MYERS. C. A. 4th Cir. Certiorari denied.

No. 95–5987. BOGLE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–5988. RIVERA v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–5991. WILSON v. DOUGHERTY COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5993. WEST v. HANRAHAN. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–5999. LOOMIS v. RENTIE ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6000. IRONS v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–6012. MOODY v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–6013. MASON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.